UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EUGENE NEWELL,

                Plaintiff,                                      19 **CIVIL** 10831 (JLC)

       -against-                                        **JUDGMENT**

ANDREW M. SAUL, Commissioner,
Social Security Administration,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated February 17, 2021, Newell's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should:

(1) Provide a comprehensive analysis, including explicit consideration of all of the *Burgess* factors, in determining how much weight to assign Dr. Aftab's 2013 opinion; and

(2) Reexamine the requirements under Listing 12.05B in light of Newell's treating physicians' opinions and all other relevant medical evidence.

**Dated:** New York, New York
          February 17, 2021

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                            **BY:**
                                                                     **Deputy Clerk**